AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT E-filing

for the

Northern District of California

| See attached. | ) | |
|---|---|---|
| Plaintiff | ) | CV 08  4134 |
| v. | ) | Civil Action No. |
| See attached. | ) | MMC |
| Defendant | ) | |

**Summons in a Civil Action**

To: Seton Medical Center and Daughters of Charity Health System
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Linda Baldwin Jones, Bar No. 178922; Andrea Laiacona, Bar No. 208742;

Kristina M. Zinnen, Bar No. 245346

Weinberg, Roger & Rosenfeld

1001 Marina Village Parkway, Suite 200

Alameda, CA 94501

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 29 2008

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

Attachment to Summons in a Civil Action

PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,

                              Plaintiffs,

v.

SETON MEDICAL CENTER, a California Corporation, doing business as SETON MEDICAL CENTER and SETON MEDICAL CENTER COASTSIDE; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation

                              Defendants.