| | |
|---|---|
| 1 | LINDA BALDWIN JONES, Bar No. 178922 |
| | ANDREA LAIACONA, Bar No. 208742 |
| 2 | KRISTINA M. ZINNEN, Bar No. 245346 |
| | WEINBERG, ROGER & ROSENFELD |
| 3 | A Professional Corporation |
| | 1001 Marina Village Parkway, Suite 200 |
| 4 | Alameda, California 94501-1091 |
| | Telephone 510.337.1001 |
| 5 | Fax 510.337.1023 |
| | E-mail: courtnotices@unioncounsel.net |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | |
| 8 | KENNETH E. JOHNSON, Bar No. 115814 |
| | kjohnson@tocounsel.com |
| 9 | THEODORA ORINGHER MILLER & RICHMAN PC |
| | A Professional Corporation |
| 10 | 2029 Century Park East, Sixth Floor |
| | Los Angeles, California 90067-2907 |
| 11 | Telephone 310.557-2009 |
| | Fax 310.551-0283 |
| 12 | |
| | Attorneys for Defendants |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SETON MEDICAL CENTER, a California Corporation, doing business as SETON MEDICAL CENTER and SETON MEDICAL CENTER COASTSIDE; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C 08-4134 (MMC)<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>**[L.R. 3-12(a)]**<br><br>Judge: Honorable Maxine M. Chesney<br>Ctrm: 7, 19th Floor |

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. C 08-4134 (MMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The Initial Case Management Conference date of December 5, 2008 at 10:30 a.m and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to January 31, 2009 at 10:30 a.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: November 26, 2008

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

119081/513162

- 2 -
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. C 08-4134 (MMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001