1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  E-mail: courtnotices@unioncounsel.net

6  Attorneys for Plaintiffs

7

   KENNETH E. JOHNSON, Bar No. 115814
8  kjohnson@tocounsel.com
   THEODORA ORINGHER MILLER & RICHMAN PC
9  A Professional Corporation
   2029 Century Park East, Sixth Floor
10 Los Angeles, California 90067-2907
   Telephone 310.557-2009
11 Fax 310.551-0283

12 Attorneys for Defendants

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17 PAUL BENSI, BART FLORENCE, JERRY )   Case No. C 08-4134 (MMC)
   KALMAR, and LYLE SETTER, in       )
18 their capacities as Trustees of the )  **STIPULATION AND [PROPOSED]**
   STATIONARY ENGINEERS LOCAL 39    )   **ORDER CONTINUING INITIAL**
19 PENSION TRUST FUND and STATIONARY )  **CASE MANAGEMENT**
   ENGINEERS LOCAL 39 HEALTH AND    )   **CONFERENCE AND RELATED**
20 WELFARE FUND                     )   **DEADLINES**
                                    )
21          Plaintiffs,             )   **[L.R. 3-12(a)]**
                                    )
22     v.                           )   Judge: Honorable Maxine M. Chesney
                                    )   Ctrm:  7,  19th Floor
23 SETON MEDICAL CENTER, a California )
   Corporation, doing business as SETON )
24 MEDICAL CENTER and SETON MEDICAL )
   CENTER COASTSIDE; DAUGHTERS OF  )
25 CHARITY HEALTH SYSTEM, a California )
   Corporation                       )
26                                   )
            Defendants.              )
27 _____ )

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation and [Proposed] Order Continuing Initial CMC and Related Deadlines (Case Nos. C 08-4134 (MMC))

1  Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacity as Trustees of the Plaintiff Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants Seton Medical Center, a California Corporation doing business as Seton Medical Center and Seton Medical Center Coastside, and Daughters of Charity Health System, a California Corporation ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for a period of 60 days.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for December 5, 2008 at 10:30 a.m. Pursuant to the stipulation of the parties, on November 25, 2008, the Court issued an Order continuing the Initial Case Management Conference to January 30, 2009 in order to afford the parties additional time to explore a possible resolution of this action and review information exchanged. The Court also continued the Initial Case Management Conference in the related case of *Paul Bensi, et al. v. O'Connor Hospital, et al.* C 08-4135 MMC to the same date. A Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Related Deadlines in *Paul Bensi, et al. v. O'Connor Hospital, et al.* has been filed concurrently with this Stipulation and [Proposed] Order.

2. At the time the parties requested the most recent continuance of the Initial Case Management Conference (to January 30, 2009), the parties anticipated that they might be able to conclude their review of the information exchanged before the compliance dates for case management-related activities. After Plaintiffs reviewed the additional information, Plaintiffs prepared a draft audit report detailing their findings. On January 21, 2009, Plaintiffs provided Defendants with a copy of Plaintiffs' draft audit report for Defendants' review. Defendant and their counsel need time to review Plaintiffs' audit report.

3. The parties agree that additional time is needed to permit the further review of the newly exchanged information and exploration of a resolution of this action. Counsel for the parties have discussed a possible continuance of the Initial Case Management Conference for a period of

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

30 to 45 days. The parties believe that an extension of the conference date will afford them the time to review the information exchanged without the necessity of further litigation time and expense.

4. As noted above, there has been one continuation of the Initial Case Management Conference and related case management activities. The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to narrow the issues that may streamline case management.

Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as follows:

1. The Initial Case Management Conference date of January 30, 2009 at 10:30 a.m and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to _____ at 10:30 a.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: January 23, 2009

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Linda Baldwin Jones
LINDA BALDWIN JONES
Attorneys for Plaintiffs

Dated: January 23, 2009

THEODORA ORINGHER MILLER & RICHMAN PC
A Professional Corporation

By: /s/ Kenneth E. Johnson
KENNETH E. JOHNSON
Attorneys for Defendants

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED.

1. The Initial Case Management Conference date of January 30, 2009 at 10:30 a.m. and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to March 27, 2009 at 10:30 a.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: January 26, 2009

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

119081/518101

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

Stipulation and [Proposed] Order Continuing Initial CMC and Related Deadlines (Case Nos. C 08-4134 (MMC))