1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  E-mail: courtnotices@unioncounsel.net

6  Attorneys for Plaintiffs

7

   KENNETH E. JOHNSON, Bar No. 115814
8  kjohnson@tocounsel.com
   THEODORA ORINGHER MILLER & RICHMAN PC
9  2029 Century Park East, Sixth Floor
   Los Angeles, California 90067-2907
10 Telephone 310.557.2009
   Fax 310.551.0283
11
   Attorneys for Defendants
12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16
   PAUL BENSI, BART FLORENCE, JERRY   )   Case No. C 08-4134 (MMC)
17 KALMAR, and LYLE SETTER, in         )
   their capacities as Trustees of the )   STIPULATION AND [PROPOSED]
18 STATIONARY ENGINEERS LOCAL 39       )   ORDER CONTINUING INITIAL
   PENSION TRUST FUND and STATIONARY   )   CASE MANAGEMENT
19 ENGINEERS LOCAL 39 HEALTH AND       )   CONFERENCE AND RELATED
   WELFARE FUND,                       )   DEADLINES
20                                     )
                Plaintiffs,             )   [L.R. 3-12(a)]
21                                     )
         v.                             )   Judge: Honorable Maxine M. Chesney
22                                     )   Ctrm: 7, 19th Floor
                                       )
23 SETON MEDICAL CENTER, a California  )
   Corporation; DAUGHTERS OF CHARITY   )
24 HEALTH SYSTEM, a California Corporation, )
                                       )
25                                     )
                Defendants.             )
26 _____ )

27

28  741773.1/80961.05002
    STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED
    DEADLINES                                                                    CASE NO. C 08-4134 (MMC)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants Seton Medical Center and Daughters Of Charity Health System ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for a period of 30 to 45 days.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for December 5, 2008 at 10:30 a.m. Pursuant to two successive stipulations of the parties, this Court previously issued Orders continuing the Initial Case Management Conference in order to afford the parties additional time to explore a possible resolution of this action and review information exchanged. The Initial Case Management Conference is now scheduled for March 27, 2009. The Court also continued the Initial Case Management Conference in related case *Paul Bensi, et al. v. O'Connor Hospital, et al.*, C 08-4135 MMC to the same date. A Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Related Deadlines in *Bensi v. O'Connor Hospital* has been filed concurrently with this Stipulation and [Proposed] Order.

2. As stated in the previous stipulation for a continuance, Plaintiffs have provided Defendant with a draft audit report, summarizing their preliminary findings. Defendant and its counsel recently completed their review of the audit report, and provided Plaintiffs with its preliminary response on March 9, 2009. Defendant intends to provide Plaintiffs with additional information to confirm their response. Plaintiffs and their counsel will need time to review Defendant's response to the draft audit report. The parties anticipate that this mutual and cooperative exchange of information will facilitate the likelihood of settlement, or at the very least assist in identifying any factual or legal issues that require resolution by the Court.

741773.1/80961.05002

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. C 08-4134 (MMC)

3.      The parties agree that additional time is needed to permit the further review of the newly exchanged information and exploration of a resolution of this action. Counsel believe that an extension of the Initial Case Management Conference date for a period of 30 to 45 days will afford them the time to review the information exchanged without the necessity of further litigation time and expense.

4.      As noted above, there have been two continuations of the Initial Case Management Conference and related case management activities in this case. The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange information about their respective positions that may streamline case management.

Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as follows:

1.      The Initial Case Management Conference date of March 27, 2009 at 10:30 a.m and related deadlines are vacated.

2.      The Initial Case Management Conference date is extended to _____ at 10:30 a.m.

3.      Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

741773.1/80961.05002
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES                                               CASE NO. C 08-4134 (MMC)

Dated: March 20, 2009

                                 WEINBERG, ROGER & ROSENFELD
                                 A Professional Corporation

                                 By: /s/ Linda Baldwin Jones
                                     LINDA BALDWIN JONES
                                     Attorneys for Plaintiffs

Dated: March 20, 2009

                                 THEODORA ORINGHER MILLER & RICHMAN PC

                                 By: /s/ Kenneth E. Johnson
                                     KENNETH E. JOHNSON
                                     Attorneys for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference date is extended to May 8, 2009, at 10:30 a.m.

Dated: March 23, 2009

                                 /s/ Maxine M. Chesney
                                 THE HONORABLE MAXINE M. CHESNEY
                                 UNITED STATES DISTRICT JUDGE

119081/513063

741773.1/80961.05002

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. C 08-4134 (MMC)