1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5  E-mail: courtnotices@unioncounsel.net

6  Attorneys for Plaintiffs

7
   KENNETH E. JOHNSON, Bar No. 115814
8  kjohnson@tocounsel.com
   THEODORA ORINGHER MILLER & RICHMAN PC
9  2029 Century Park East, Sixth Floor
   Los Angeles, California 90067-2907
10 Telephone 310.557.2009
   Fax 310.551.0283
11
   Attorneys for Defendants
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16
   PAUL BENSI, BART FLORENCE, JERRY  )   Case No. C 08-4134 (MMC)
17 KALMAR, and LYLE SETTER, in       )
   their capacities as Trustees of the  )   **STIPULATION AND [PROPOSED]**
18 STATIONARY ENGINEERS LOCAL 39    )   **ORDER CONTINUING INITIAL**
   PENSION TRUST FUND and STATIONARY )   **CASE MANAGEMENT**
19 ENGINEERS LOCAL 39 HEALTH AND    )   **CONFERENCE AND RELATED**
   WELFARE FUND,                    )   **DEADLINES**
20                                  )
              Plaintiffs,            )   **[L.R. 3-12(a)]**
21                                  )
        v.                           )   Judge: Honorable Maxine M. Chesney
22                                  )   Ctrm:  7,  19th Floor
                                    )
23 SETON MEDICAL CENTER, a California )
   Corporation; DAUGHTERS OF CHARITY )
24 HEALTH SYSTEM, a California Corporation, )
                                    )
25                                  )
              Defendants.            )
26 _____ )

27
   746717.1/80961.05002
28
   **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED**
   **DEADLINES                                                              CASE NO. C 08-4134 (MMC)**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants Seton Medical Center and Daughters Of Charity Health System ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for a period of 45 days.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for December 5, 2008 at 10:30 a.m. Pursuant to three successive stipulations of the parties, this Court previously issued Orders continuing the Initial Case Management Conference in order to afford the parties additional time to explore a possible resolution of this action and review information exchanged. The Initial Case Management Conference is now scheduled for May 8, 2009. The Court also continued the Initial Case Management Conference in related case *Paul Bensi, et al. v. O'Connor Hospital, et al.*, C 08-4135 MMC to the same date. A Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Related Deadlines in *Bensi v. O'Connor Hospital* has been filed concurrently with this Stipulation and [Proposed] Order.

2. As stated in the previous stipulation for a continuance, Defendants provided additional business records to the Plaintiffs after this lawsuit was filed, following which Plaintiffs completed and provided Defendant with a draft audit report, summarizing their preliminary findings. Following Defendants' review of the audit report, Defendants provided Plaintiffs and their counsel with its preliminary response and with copies of additional documents to confirm their response. Counsel for Plaintiffs and Defendants conferred on April 17, 2009, and made progress in narrowing the factual and legal issues raised by the draft audit report, and in defining the additional documentation required to confirm Defendants' responses to certain issues. Defendants' counsel provided Plaintiff's counsel with additional documents on April 28, 2009, and

746717.1/80961.05002

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES                                                                                                    CASE NO. C 08-4134 (MMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  expects to provide additional documents to Plaintiff's counsel within the coming week.  Plaintiffs
2  and their counsel will need time to review and analyze these additional materials.  The parties
3  anticipate that this mutual and cooperative exchange of information will facilitate the likelihood of
4  settlement, or at the very least assist in identifying any factual or legal issues that require resolution
5  by the Court.

6          3.  The parties agree that additional time is needed to permit the further review
7  of the newly exchanged information and exploration of a resolution of this action.  Counsel believe
8  that an extension of the Initial Case Management Conference date for a period of 45 days will
9  afford them the time to review the information exchanged without the necessity of further litigation
10  time and expense.

11          4.  As noted above, there have been three continuations of the Initial Case
12  Management Conference and related case management activities in this case.  The parties expect
13  that the requested extension of the date for the Initial Case Management Conference will have no
14  adverse effect on the schedule for the case.  No trial date or other deadlines have yet been set.  The
15  requested extension may facilitate the resolution of the parties' dispute, and will at a minimum
16  enable the parties to exchange information about their respective positions that may streamline
17  case management.

18      Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as
19  follows:

20          1.  The Initial Case Management Conference date of May 8, 2009 at 10:30 a.m
21  and related deadlines are vacated.

22          2.  The Initial Case Management Conference date is extended to
23  _____ at 10:30 a.m.

24          3.  Related deadlines for ADR and case management activities are extended
25  accordingly, as provided in the Court's Order Setting Initial Case Management Conference and
26  ADR Deadlines.

27

28

746717.1/80961.05002

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**     **CASE NO. C 08-4134 (MMC)**

Dated: April 29, 2009

                    WEINBERG, ROGER & ROSENFELD
                    A Professional Corporation

                    By: _/s/ Linda Baldwin Jones_____
                    LINDA BALDWIN JONES
                    Attorneys for Plaintiffs

Dated: April 29, 2009

                    THEODORA ORINGHER MILLER & RICHMAN PC

                    By: _____
                    KENNETH E. JOHNSON
                    Attorneys for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference date is extended to _____, at 10:30 a.m.

Dated: _____                  _____
                                                           THE HONORABLE MAXINE M. CHESNEY
                                                           UNITED STATES DISTRICT JUDGE

119081/529032

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

746717.1/80961.05002

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES       CASE NO. C 08-4134 (MMC)

Dated: April 29, 2009

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

                By: _____
                     LINDA BALDWIN JONES
                     Attorneys for Plaintiffs

Dated: April 29, 2009

                THEODORA ORINGHER MILLER & RICHMAN PC

                By: _____
                     KENNETH E. JOHNSON
                     Attorneys for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference date is extended to __June 26, 2009__, at 10:30 a.m.

Dated: __April 30, 2009__          _____
                                        THE HONORABLE MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE

746717.1/80961.05002

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. C 08-4134 (MMC)