```
1   LINDA BALDWIN JONES, Bar No. 178922
    KRISTINA M. ZINNEN, Bar No. 245346
2   WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
3   1001 Marina Village Parkway, Suite 200
    Alameda, California 94501-1091
4   Telephone 510.337.1001
    Fax 510.337.1023
5   E-mail: courtnotices@unioncounsel.net

6   Attorneys for Plaintiffs

7
    KENNETH E. JOHNSON, Bar No. 115814
8   kjohnson@tocounsel.com
    THEODORA ORINGHER MILLER & RICHMAN PC
9   2029 Century Park East, Sixth Floor
    Los Angeles, California 90067-2907
10  Telephone 310.557.2009
    Fax 310.551.0283
11
    Attorneys for Defendants
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SETON MEDICAL CENTER, a California Corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation,<br><br>　　　　Defendants. | Case No. C 08-4134 (MMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[L.R. 3-12(a)]**<br><br>Judge: Honorable Maxine M. Chesney<br>Ctrm: 7, 19th Floor |

746717.1/80961.05002

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**　　　　　　　　　　　　　　　　　　　　**CASE NO. C 08-4134 (MMC)**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants Seton Medical Center and Daughters Of Charity Health System ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court order that the Initial Case Management Conference and related deadlines be continued for a period of 30 to 45 days.

1. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference in this action was set for December 5, 2008 at 10:30 a.m. Pursuant to four successive stipulations of the parties, this Court previously issued Orders continuing the Initial Case Management Conference in order to afford the parties additional time to explore a possible resolution of this action and review information exchanged. The Initial Case Management Conference is now scheduled for June 26, 2009. The Court also continued the Initial Case Management Conference in related case *Paul Bensi, et al. v. O'Connor Hospital, et al.*, C 08-4135 MMC to the same date. A Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Related Deadlines in *Bensi v. O'Connor Hospital* has been filed concurrently with this Stipulation and [Proposed] Order.

2. As stated in the previous stipulation for a continuance, Defendants provided additional business records to the Plaintiffs after this lawsuit was filed, following which Plaintiffs completed and provided Defendant with a draft audit report, summarizing their preliminary findings. Following Defendants' review of the audit report, Defendants provided Plaintiffs and their counsel with its preliminary response and with copies of additional documents to confirm their response. Counsel for Plaintiffs and Defendants have conferred on several subsequent occasions, and have made substantial progress in narrowing the factual and legal issues raised by the draft audit report. Plaintiffs, their counsel, and the Trust Fund auditors need additional time to review and analyze records regarding one remaining issue that the parties are attempting to resolve

746717.1/80961.05002

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED
DEADLINES                                                                            CASE NO. C 08-4134 (MMC)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

on a voluntary basis. The parties anticipate that the continued mutual and cooperative exchange of information will facilitate the likelihood of settlement, or at the very least assist in narrowing the factual or legal issues that require resolution by the Court.

3. The parties agree that additional time is needed to permit the further review of the records at issue and exploration of a resolution of this action. Counsel believe that an extension of the Initial Case Management Conference date for a period of 30 to 45 days will afford them the time to review the information exchanged without the necessity of further litigation time and expense.

4. As noted above, there have been four continuations of the Initial Case Management Conference and related case management activities in this case. The parties expect that the requested extension of the date for the Initial Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set. The requested extension may facilitate the resolution of the parties' dispute, and will at a minimum enable the parties to exchange information about their respective positions that may streamline case management. Due to counsel's unavailability on August 14th, 21st, and 28th, the parties request that the Court avoid setting the Initial Case Management Conference on said dates.

Therefore, Plaintiff and Defendants, through their respective counsel, stipulate and agree as follows:

1. The Initial Case Management Conference date of June 26, 2009 at 10:30 a.m and related deadlines are vacated.

2. The Initial Case Management Conference date is extended to _____ at 10:30 a.m.

3. Related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: June 19, 2009

746717.1/80961.05002

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**  **CASE NO. C 08-4134 (MMC)**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Linda Baldwin Jones
    LINDA BALDWIN JONES
    Attorneys for Plaintiffs

Dated: June 19, 2009

THEODORA ORINGHER MILLER & RICHMAN PC

By: /s/ Kenneth E. Johnson
    KENNETH E. JOHNSON
    Attorneys for Defendants

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference date is extended to August 7, 2009, at 10:30 a.m.

Dated: June 22, 2009

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1/534760
746717.1/80961.05002

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. C 08-4134 (MMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001