LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

KENNETH E. JOHNSON, Bar No. 115814
kjohnson@tocounsel.com
THEODORA ORINGHER MILLER & RICHMAN PC
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone 310.557.2009
Fax 310.551.0283

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND and STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SETON MEDICAL CENTER, a California Corporation; DAUGHTERS OF CHARITY HEALTH SYSTEM, a California Corporation,<br><br>Defendants. | Case No. C 08-4134 (MMC)<br>ORDER APPROVING **STIPULATION** ~~AND [PROPOSED] ORDER~~ **TO ALLOW APPEARANCE BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[L.R. 3-12(a)]**<br><br>Judge: Honorable Maxine M. Chesney<br>Ctrm: 7, 19th Floor |

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter were and are Trustees and together comprise the Board of Trustees of the Plaintiff Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Fund ("Plaintiffs"), and Defendants Seton Medical Center and Daughters Of Charity Health System ("Defendants"), through their respective counsel, hereby stipulate to and request that the Court allow counsel to appear by telephone at the Initial Case Management Conference, now scheduled for August 7, 2009, at 10:30 a.m.

This Stipulation is requested on the ground that counsel for Defendants, Kenneth E. Johnson, is located in Southern California. Both parties agree that a telephonic appearance is appropriate, in the interest of avoiding the expense of travel for the Conference.

If the Court grants the stipulation to allow Mr. Johnson to appear by telephone, Plaintiffs' counsel, Linda Baldwin Jones, also requests permission to appear by telephone, again in the interest of avoiding the additional time and expense required for a personal appearance.

Dated: July 31, 2009

    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

    By:  /s/ Linda Baldwin Jones
          LINDA BALDWIN JONES
          Attorneys for Plaintiffs

Dated: July 31, 2009

    THEODORA ORINGHER MILLER & RICHMAN PC

    By:  /s/ Kenneth E. Johnson
          KENNETH E. JOHNSON
          Attorneys for Defendants

119081/539324

1 **[PROPOSED] ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for the parties shall

3 ~~be permitted to~~ appear by telephone at the Initial Case Management Conference, now scheduled

4 for August 7, 2009, at 10:30 a.m.

6 Dated: August 4, 2009       /s/ Maxine M. Chesney

7           THE HONORABLE MAXINE M. CHESNEY
          UNITED STATES DISTRICT JUDGE